UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

COUDERT BROTHERS LLP,
                             Debtor.
------------------------------------------------------------X
DEVELOPMENT SPECIALISTS, INC., in its
Capacity as Plan Administrator for Coudert
Brothers LLP,

                             Plaintiff,

                -v-

WILLIAM A. SULLIVAN,
                             Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

16 CIVIL 8248 (KMK)

**JUDGMENT**

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 4, 2020, Judge Drain's Proposed Findings, dated October 21, 2016, are ADOPTED in their entirety. The Plan Administrator's motion to confirm the Sullivan Award in the amount of US $110,564.92, with interest from September 30, 2015, in the amount of $45,773.88 is granted, and the to dismiss the fraudulent transfer claim against William A. Sullivan with prejudice is also granted.

**Dated:**  New York, New York
            May 5, 2020

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                           **BY:**
                                                           **Deputy Clerk**